In the Matter of John P. Riley, Petitioner, against Police Commission of the City of Salamanca, Cattaraugus County, et al., Respondents.— Determination confirmed, without costs. All concur. (Review of determination of respondents demoting petitioner from his rank of lieutenant of police to patrolman.) Present — Taylor, P. J., McCurn, Larkin, Love and Vaughan, JJ.

The People of the State of New York ex rel. Peter J. Kondrk, Respondent, against John F. Foster, as Warden of Auburn State Prison, Respondent. The People of the State of New York, Appellant.— Order reversed on the law, without costs of this appeal to either party, writ dismissed and relator remanded to the custody of the Warden of Auburn State Prison, Auburn, New York. The writ of habeas corpus is not available to the petitioner in this instance. (*People ex rel. Wachowicz* v. *Martin*, 293 N. Y. 361.) All concur. (The order sustains a writ of habeas corpus and directs that relator be discharged from custody.) Present — Taylor, P. J., McCurn, Larkin, Love and Vaughan, JJ. [190 Misc. 698.]

In the Matter of the Probate of the Will of Susan W. Thompson, Deceased. Emily Grasse et al., Appellants; Eva W. Ross, as Administrator C. T. A. of Susan W. Thompson, Deceased, et al., Respondents.— Decree and order affirmed, with costs to the respondents payable out of the estate. All concur. (The decree admits a will to probate. The order denies a motion to vacate the decree of probate on affidavits.) Present — Taylor, P. J., McCurn, Larkin, Love and Vaughan, JJ. [189 Misc. 873; 191 Misc. 168.]

The People of the State of New York ex rel. Michael Sedlak, Respondent, against John F. Foster, as Warden of the Auburn State Prison, Defendant. The People of the State of New York, Appellant.— Order reversed on the law and facts, without costs of this appeal to either party, writ dismissed, and relator remanded to the custody of the Warden of Auburn State Prison, Auburn, New York. Memorandum: The presumption of regularity was not overcome by any evidence presented upon the return of the writ. (See *People ex rel. Kruger* v. *Hunt*, 257 App. Div. 917.) Moreover, the writ of habeas corpus is not the proper remedy. (*People ex rel. Martine* v. *Hunt*, 266 App. Div. 822, motion for leave to appeal denied 294 N. Y. 651.) All concur. (The order sustains a writ of habeas corpus and discharges relator from custody.) Present — Taylor, P. J., McCurn, Larkin, Love and Vaughan, JJ.

In the Matter of Mary Aldrich, Appellant, against Gertrude Conway, Respondent.— Order affirmed, without costs of this appeal to either party. All concur. (The order dismisses a writ of habeas corpus and grants custody of children to respondent, with certain rights of visitation to petitioner.) Present — Taylor, P. J., McCurn, Larkin, Love and Vaughan, JJ.

Henry Card, Appellant, v. Robert R. Dew, Sr., et al., Respondents.— Judgment affirmed, without costs of this appeal to any party. All concur. (The judgment dismisses the complaint in an action to revoke a trust agreement.) Present — Taylor, P. J., Larkin, Love, Vaughan and Kimball, JJ.

London Guarantee & Accident Co., Ltd., Respondent, v. Chisholm-Ryder Company, Inc., Appellant.— Order affirmed, with costs. All concur. (The order denies defendant's motion for a directed verdict after discharge of a jury who failed to agree in a negligence action.) Present — Taylor, P. J., Larkin, Love, Vaughan and Kimball, JJ. [See *post*, p. 870.]